ALBANY PORT DISTRICT COMMISSION, Appellant, *v.* NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, Respondent.

Argued July 23, 1940; decided July 24, 1940.

*Robert E. Whalen, Joseph J. Casey, John E. Wisely* and *John C. Watson* for appellant.

*Avrom M. Jacobs* and *Robert C. Poskanzer* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. LEHMAN, Ch. J., and LOUGHRAN, J., dissent and vote to reverse the judgment of the Appellate Division and to affirm the judgment of Special Term.